# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF JEWEL TERRY,** | : | |
| Plaintiff, | : | |
| vs. | : | CA 08-0593-KD-C |
| **ESCAMBIA COUNTY, AL, et al.,** | : | |
| Defendants. | : | |

## *ORDER*

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 5, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** this 23rd day of December, 2008.

<u>s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**