IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ESTATE OF JEWEL TERRY,** | : |
| Plaintiff, | : |
| vs. | :   CA 08-0593-KD-C |
| **ESCAMBIA COUNTY, AL, et al.,** | : |
| Defendants. | : |

## *JUDGMENT*

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants' motions to dismiss (Docs. 8 & 10) be **GRANTED** and that Plaintiff's claims be **DISMISSED**.

**DONE** this 23rd day of December, 2008.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**